

## Supreme Court of Missouri
en banc

December 19, 2023

In re: Eric Anthony Swan,  )
 )
  Respondent.  )   Supreme Court No. SC100323
 )   MBE # 58840

### ORDER

The Chief Disciplinary Counsel filed an information and motion for final order of discipline advising this Court that Respondent, Eric Anthony Swan, has pleaded guilty to a class D felony of second-degree domestic assault under section 565.073, RSMo, and a class E felony of unlawful use of a weapon under section 571.030 in State v. Eric Anthony Swan, Case No. 22AE-CR00674-01, Platte County. This Court issued a show cause order why Respondent should not be disciplined pursuant to Rule 5.21(g) on November 8, 2023. Respondent filed his response there to on November 24, 2023.

Having reviewed said information and Respondent's response to the show cause order, it is now ordered by this Court that Respondent is indefinitely suspended from the practice of law. No petition for reinstatement shall be entertained for a period of three years from this date.

It is further ordered that Respondent comply in all respects with Rule 5.27 – Procedure Following a Disbarment or Suspension Order.

Fee pursuant to Rule 5.19(k) in the amount of $1,000.00, payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

Costs taxed to Respondent.

Day - to - Day

*Mary R. Russell*

Mary R. Russell
Chief Justice

STATE OF MISSOURI – SCT.:

    I, BETSY AUBUCHON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 19th day of December, 2023, as fully as the same appears of record in my office.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 19th day of December, 2023.



_____, Clerk

_____, Deputy Clerk

# OFFICE OF CHIEF DISCIPLINARY COUNSEL 

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

January 12, 2024

In Re:   Eric A. Swan
MO Bar #58840
18100 HH Lake Road
Smithville, MO 64089

Enclosed Order of the Missouri Supreme Court dated December 19, 2023. <u>The effective date of this order is January 3, 2024.</u>